IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: }
}
WEBSTER, KIMBERLY L. } CASE NO: 06-31250-DHW
SSN xxx-xx-7674 }
} CHAPTER: 13
}
Debtor. }

## NOTICE OF FILING AFFIDAVIT OF SELECT PORTFOLIO SERVICING, INC

COMES NOW, SELECT PORTFOLIO SERVICING, INC, by and through its undersigned counsel of Sirote & Permutt, P.C., and hereby makes notice of the filing of the attached Affidavit in support of said Creditor's Motion for Relief from Automatic Stay.

Respectfully submitted,

_____
Susannah R. Walker (WAL-158)
Attorney for Creditor

OF COUNSEL:
SIROTE & PERMUTT, P.C.
P. O. Box 55887
Birmingham, Alabama 35255-5887
205-930-5424/ fax 205-930-5101
swalker@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the /3 day of March, 2007, a copy of the foregoing pleading was served on counsel for all parties to this proceeding by placing a copy of same in the U. S. Mail, properly addressed and first-class postage prepaid, to:

Richard D Shinbaum          Curtis C. Reding
P O Box 201                 P.O. Box 173
Montgomery, AL 36101        Montgomery, AL 36101

_____
OF COUNSEL

STATE OF MN )
COUNTY OF Dakota )

## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared **Dory Goebel**, who is known to me and after being by me first duly sworn, deposes and says the following:

I, **Dory Goebel** am a representative of Fidelity National Foreclosure & Bankruptcy Solutions as agent for __Select Portfolio Servicing, Inc.__ and have full knowledge of the facts as set out below. I am competent to testify, and my personal knowledge of this mortgage loan shows the following:

| | | |
|---|---|---|
| 1. | Loan No: | 0002328342 |
| 2. | Debtor: | Kimberly L. Webster |
| 3. | Bankruptcy Case No: | 06-31250-DHW-13 |
| 4. | Property Description: | 3264 Agate St., Montgomery, AL 36105 |
| 5. | Net Principal Balance as of 03/09/2007 | 69,931.81 |
| 6. | Delinquent Status as of 03/09/2007 | Due for payment |

| | |
|---|---|
| 4 payments of 896.88 each for Dec 1, 2006 through Mar 1, 2007 | 3,587.52 |
| 3 late charges of 31.43 each for Dec, 2006 through Feb, 2007 | 94.29 |
| Debtor Suspense | -650.00 |
| Bankruptcy Attorney Fees for MFR | 600.00 |
| Total Post-petition Mortgage Arrearage | $3,631.81 |

The facts stated herein are true. In verification of the same, I subscribed my signature hereto.

Sworn to and subscribed before me on this the 9 day of March, 2007.

Affiant   Dory Goebel
          Manager

Sworn to and subscribed before me on this the 9 day of March, 2007.

PARIS Y. JACKSON
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN. 31, 2011

Notary Public
My Commission Expires: 1-31-11

AFFIDAVIT:Document2